USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/19/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**JOSEPH GUGLIELMO,** *on behalf of himself and all others similarly situated.,*

                Plaintiff,

-against-

**SHUTTERFLY, INC.,**

                Defendant.

---

1:19-cv-11052 (ALC)

ORDER

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to this Court that this case has been or will be settled, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within sixty days.

SO ORDERED.

Dated: December 19, 2019
      New York, New York

                                      ANDREW L. CARTER, JR.
                                      United States District Judge